# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| BRANDON CHRISTOPHER RAGLAND,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69589 |

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to expose malfeasance. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we deny as moot the pro se motion for leave to file an opening brief filed on February 9, 2016.

16-07040

cc: Hon. William D. Kephart, District Judge
Brandon Christopher Ragland
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A